```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NORTH CHINA SHIPPING LIMITED,         :
                                      :    2:08 Civ. 00081 (VM)
                        Plaintiff,    :
                                      :
    - against -                       :    **ORDER**
                                      :
SHANGHAI XINHENG LOGISTICS            :
CO., LTD.,                            :
                                      :
                        Defendant.    :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

By Order dated September 15, 2008, the Court granted the application of plaintiff North China Shipping Limited authorizing extension of a Writ Marine Attachment and Garnishment (the "Order") to be served on defendant herein for a period of 90 days. The Court directed plaintiff to submit to the Court a status report within 60 days of the Order, and warned that in the event within that time no such report or application for renewal of the Order is submitted, or no property of defendant is found within this District, the Court may dismiss this action. By further Order dated February 11, 2009 the Court granted a further extension and directed plaintiff to submit, within 60 days thereof, an updated report as to the status of the matter. The Court has no record of having received such a report and a review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since March 30, 2009. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action without prejudice for plaintiff's failure to comply with the Court's Order dated February 11, 2009.

**SO ORDERED.**

Dated:   New York, New York
         30 June 2009

_____
VICTOR MARRERO
U.S.D.J.